EXHIBIT 2

| US6346795 | Ultralife – 'CC3800' ("The accused product") |
|---|---|
| 1. A discharge control circuit for controlling discharge of a battery including at least one cell comprising: | The accused product comprises a discharge control (e.g., over discharging protection circuit) circuit for controlling discharge of a battery (e.g., Lithium battery) including at least one cell (e.g., Lithium battery cells).<br><br><br><br>https://www.ultralifecorporation.com/ECommerce/product/cc3800/li-ion-credit-card-battery |

EXHIBIT 2



# entellion
pre engineered power solutions

## TECHNICAL DATA SHEET

### CC3800  3.7V  3.8Ah  14.1Wh
### Rechargeable Lithium Ion Credit Card Battery

**Features**

- 3.7V high energy density Lithium Ion technology
- Credit card footprint (54.0mm x 85.6mm)
- Impedance tracking fuel gauge with I²C communication
- Active protection circuitry (OV, UV, OC, SC)
- Redundant passive over-current protection
- 7 position Tyco connector interface
- Tough plastic enclosure
- IEC 62133-2:2017 (safety) & UN 38.3 (transport) compliant
- CE marked (EMC/ESD compliance)
- Also available as a 2300mAh model (9.1mm high CC2300)
- Customisation to labelling, case colour and firmware possible

**CC3800**

**Specifications**

| Model | | CC3800 |
|---|---|---|
| Capacity | 0.2C (Typical) | 3800mAh (1)(2) |
| | 0.2C (Minimum) | 3610mAh (1)(2) |
| Charging | Voltage | 4.20V (8) |
| | Current (Typical) | 1900mA (0.5C) |
| | Current (Maximum) | 2000mA (8) |
| | Temperature | 0°C to +45°C |
| Discharging | Voltage (Average) | 3.7V (2) |
| | Cut-Off Voltage | 3.0V (7) |
| | Current (Maximum) | 2A (8) |
| | Temperature | -10°C to +50°C (4)(6) |
| Storage | Temperature | -20°C to +60°C |
| Cycle Life | | >300 (Typ) (1)(3)(5)(6) |
| Dimensions | Length | 85.6mm ± 0.20mm |
| | Width | 54.0mm ± 0.20mm |
| | Thickness | 14.7mm ± 0.20mm |
| Weight | | <105g |
| Fuel Gauge | | Texas Instruments BQ27541-G1 Impedance Tracking fuel gauge with I²C communication |
| Termination | | 7 way Tyco connector 1827684-1 (mates with Tyco 1827654-1 or -2) |
| Certification | Transportation | ST/SG/AC.10.11 Rev5 (UN38.3 T1-T8 Tests) |
| | Safety | IEC 62133-2:2017 |
| | CE Marking | EMC Directive 2004/108/EC |

https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1091&nAction=GET

EXHIBIT 2

### 9.3 Battery Overview

The battery consists of two Lithium Ion rechargeable cells connected in parallel. Each battery has a nominal voltage of 3.7V and a typical capacity of 3800mAh.

Each battery includes a battery management module that provides fuel gauging and active protection. The fuel gauging is realised through the use of a Texas Instruments BQ27541-G1. The active protection is realised through the use of a Seiko S-8241 series IC and dual MOSFETs.

The BQ27541-G1 communicates with the system host over an I²C interface (HDQ communication is available on the CC3800HDQ product – please contact us to discuss). It uses an impedance tracking algorithm to provide information such as state of charge (%), run-time to empty (min), charge time to full (min), battery voltage (V), and battery temperature (°C). The S-8241 battery protection IC (in conjunction with dual MOSFETs) provides protection from over charge, over discharge, over current and short circuit. Additional passive over current protection (PTC devices) are fitted for redundancy.

The cells and electronics are housed in a two piece injection moulded case. The case parts are manufactured from ABS and meet the requirements of UL94V-0. External electrical connection is via a seven way Tyco connector which also has a mechanical keyway. The battery meets the requirements of IEC 62133-2:2017 and is also CE marked. The battery meets all current transportation regulations.



Figure 1 - CC3800

https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1090&nAction=GET

EXHIBIT 2

| | |
|---|---|
| | **11.4 Protection Electronics**<br><br>Active safety protection is based around the Seiko S-8241 series IC and provides over charge, over discharge, over current and short circuit protection via a pair of MOSFETs which may be switched off to prevent either charge and / or discharge from occurring.<br><br>**11.4.1 Over-Charge Protection**<br><br>The protection circuit will prevent the battery from charging at a voltage of 4.35V. Once the battery voltage is lowered to 4.15V, e.g. by discharging, it will allow charging again. The over-charge detection delay time is typically 125mS.<br><br>**11.4.2 Over-Discharge Protection**<br><br>The protection circuit will prevent the battery from being further discharged once the cell voltage reaches 2.10V or less. Once the cell voltage has reached 2.20V, e.g. by charging, it will allow the battery to discharge again. The over-discharge detection delay time is typically 31mS.<br><br>https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1090&nAction=GET |
| a discharge control switch connected to the battery for cutting off a discharge current of the battery in response to a discharge stop signal; and | The accused product comprises a discharge control switch connected to the battery for cutting off a discharge current (e.g., turning off switch) of the battery in response to a discharge stop signal (e.g., over discharge control signal provided by the control circuit).<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Protection System to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection. |

EXHIBIT 2



# entellion
pre engineered power solutions

## TECHNICAL DATA SHEET

**CC3800** 3.7V 3.8Ah 14.1Wh
Rechargeable Lithium Ion
Credit Card Battery

### Features
- 3.7V high energy density Lithium Ion technology
- Credit card footprint (54.0mm x 85.6mm)
- Impedance tracking fuel gauge with I²C communication
- Active protection circuitry (OV, UV, OC, SC)
- Redundant passive over-current protection
- 7 position Tyco connector interface
- Tough plastic enclosure
- IEC 62133-2:2017 (safety) & UN 38.3 (transport) compliant
- CE marked (EMC/ESD compliance)
- Also available as a 2300mAh model (9.1mm high CC2300)
- Customisation to labelling, case colour and firmware possible

### Specifications

| Model | | CC3800 |
|---|---|---|
| Capacity | 0.2C (Typical) | 3800mAh (1)(2) |
| | 0.2C (Minimum) | 3610mAh (1)(2) |
| Charging | Voltage | 4.20V (8) |
| | Current (Typical) | 1900mA (0.5C) |
| | Current (Maximum) | 2000mA (8) |
| | Temperature | 0°C to +45°C |
| Discharging | Voltage (Average) | 3.7V (2) |
| | Cut-Off Voltage | 3.0V (7) |
| | Current (Maximum) | 2A (8) |
| | Temperature | -10°C to +50°C (4)(6) |
| Storage | Temperature | -20°C to +60°C |
| Cycle Life | | >300 (Typ) (1)(3)(5)(6) |
| Dimensions | Length | 85.6mm ± 0.20mm |
| | Width | 54.0mm ± 0.20mm |
| | Thickness | 14.7mm ± 0.20mm |
| Weight | | <105g |
| Fuel Gauge | | Texas Instruments BQ27541-G1 Impedance Tracking fuel gauge with I²C communication |
| Termination | | 7 way Tyco connector 1827684-1 (mates with Tyco 1827654-1 or -2) |
| Certification | Transportation | ST/SG/AC.10.11 Rev5 (UN38.3 T1-T8 Tests) |
| | Safety | IEC 62133-2:2017 |
| | CE Marking | EMC Directive 2004/108/EC |

https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1091&nAction=GET

EXHIBIT 2

### 9.3 Battery Overview

The battery consists of two Lithium Ion rechargeable cells connected in parallel. Each battery has a nominal voltage of 3.7V and a typical capacity of 3800mAh.

Each battery includes a battery management module that provides fuel gauging and active protection. The fuel gauging is realised through the use of a Texas Instruments BQ27541-G1. The active protection is realised through the use of a Seiko S-8241 series IC and dual MOSFETs.

The BQ27541-G1 communicates with the system host over an I²C interface (HDQ communication is available on the CC3800HDQ product – please contact us to discuss). It uses an impedance tracking algorithm to provide information such as state of charge (%), run-time to empty (min), charge time to full (min), battery voltage (V), and battery temperature (°C). The S-8241 battery protection IC (in conjunction with dual MOSFETs) provides protection from over charge, over discharge, over current and short circuit. Additional passive over current protection (PTC devices) are fitted for redundancy.

The cells and electronics are housed in a two piece injection moulded case. The case parts are manufactured from ABS and meet the requirements of UL94V-0. External electrical connection is via a seven way Tyco connector which also has a mechanical keyway. The battery meets the requirements of IEC 62133-2:2017 and is also CE marked. The battery meets all current transportation regulations.



Figure 1 - CC3800

https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1090&nAction=GET

EXHIBIT 2

| | |
|---|---|
| | **11.4 Protection Electronics**<br><br>Active safety protection is based around the Seiko S-8241 series IC and provides over charge, over discharge, over current and short circuit protection via a pair of MOSFETs which may be switched off to prevent either charge and / or discharge from occurring.<br><br>**11.4.1 Over-Charge Protection**<br><br>The protection circuit will prevent the battery from charging at a voltage of 4.35V. Once the battery voltage is lowered to 4.15V, e.g. by discharging, it will allow charging again. The over-charge detection delay time is typically 125mS.<br><br>**11.4.2 Over-Discharge Protection**<br><br>The protection circuit will prevent the battery from being further discharged once the cell voltage reaches 2.10V or less. Once the cell voltage has reached 2.20V, e.g. by charging, it will allow the battery to discharge again. The over-discharge detection delay time is typically 31mS.<br><br>https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1090&nAction=GET |
| a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit, wherein the | The accused product comprises a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal (e.g., over discharge control signal provided by the control circuit) that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit (e.g., over discharge detection voltage), wherein the control circuit includes a switch holding circuit (e.g., delay generating circuit) for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time (e.g., over-discharge delay time set by the circuit) after the discharge stop signal is generated.<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Protection System to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection. |

EXHIBIT 2

| | |
|---|---|
| control circuit includes a switch holding circuit for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time after the discharge stop signal is generated. | **entellion** pre engineered power solutions<br><br>**TECHNICAL DATA SHEET**<br><br>**CC3800  3.7V  3.8Ah  14.1Wh**<br>**Rechargeable Lithium Ion**<br>**Credit Card Battery**<br><br>**Features**<br>• 3.7V high energy density Lithium Ion technology<br>• Credit card footprint (54.0mm x 85.6mm)<br>• Impedance tracking fuel gauge with I²C communication<br>• Active protection circuitry (OV, UV, OC, SC)<br>• Redundant passive over-current protection<br>• 7 position Tyco connector interface<br>• Tough plastic enclosure<br>• IEC 62133-2:2017 (safety) & UN 38.3 (transport) compliant<br>• CE marked (EMC/ESD compliance)<br>• Also available as a 2300mAh model (9.1mm high CC2300)<br>• Customisation to labelling, case colour and firmware possible<br><br>**Specifications**<br><br>| Model | | CC3800 |<br>|---|---|---|<br>| Capacity | 0.2C (Typical) | 3800mAh (1)(2) |<br>| | 0.2C (Minimum) | 3610mAh (1)(2) |<br>| Charging | Voltage | 4.20V (8) |<br>| | Current (Typical) | 1900mA (0.5C) |<br>| | Current (Maximum) | 2000mA (8) |<br>| | Temperature | 0°C to +45°C |<br>| Discharging | Voltage (Average) | 3.7V (2) |<br>| | Cut-Off Voltage | 3.0V (7) |<br>| | Current (Maximum) | 2A (8) |<br>| | Temperature | -10°C to +50°C (4)(6) |<br>| Storage | Temperature | -20°C to +60°C |<br>| Cycle Life | | >300 (Typ) (1)(3)(5)(6) |<br>| Dimensions | Length | 85.6mm ± 0.20mm |<br>| | Width | 54.0mm ± 0.20mm |<br>| | Thickness | 14.7mm ± 0.20mm |<br>| Weight | | <105g |<br>| Fuel Gauge | | Texas Instruments BQ27541-G1 Impedance Tracking fuel gauge with I²C communication |<br>| Termination | | 7 way Tyco connector 1827684-1 (mates with Tyco 1827654-1 or -2) |<br>| Certification | Transportation | ST/SG/AC.10.11 Rev5 (UN38.3 T1-T8 Tests) |<br>| | Safety | IEC 62133-2:2017 |<br>| | CE Marking | EMC Directive 2004/108/EC |<br><br>https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1091&nAction=GET |

EXHIBIT 2

### 9.3 Battery Overview

The battery consists of two Lithium Ion rechargeable cells connected in parallel. Each battery has a nominal voltage of 3.7V and a typical capacity of 3800mAh.

Each battery includes a battery management module that provides fuel gauging and active protection. The fuel gauging is realised through the use of a Texas Instruments BQ27541-G1. The active protection is realised through the use of a Seiko S-8241 series IC and dual MOSFETs.

The BQ27541-G1 communicates with the system host over an I²C interface (HDQ communication is available on the CC3800HDQ product – please contact us to discuss). It uses an impedance tracking algorithm to provide information such as state of charge (%), run-time to empty (min), charge time to full (min), battery voltage (V), and battery temperature (°C). The S-8241 battery protection IC (in conjunction with dual MOSFETs) provides protection from over charge, over discharge, over current and short circuit. Additional passive over current protection (PTC devices) are fitted for redundancy.

The cells and electronics are housed in a two piece injection moulded case. The case parts are manufactured from ABS and meet the requirements of UL94V-0. External electrical connection is via a seven way Tyco connector which also has a mechanical keyway. The battery meets the requirements of IEC 62133-2:2017 and is also CE marked. The battery meets all current transportation regulations.



Figure 1 - CC3800

https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1090&nAction=GET

EXHIBIT 2

### 11.4 Protection Electronics

Active safety protection is based around the Seiko S-8241 series IC and provides over charge, over discharge, over current and short circuit protection via a pair of MOSFETs which may be switched off to prevent either charge and / or discharge from occurring.

#### 11.4.1 Over-Charge Protection

The protection circuit will prevent the battery from charging at a voltage of 4.35V. Once the battery voltage is lowered to 4.15V, e.g. by discharging, it will allow charging again. The over-charge detection delay time is typically 125mS.

#### 11.4.2 Over-Discharge Protection

The protection circuit will prevent the battery from being further discharged once the cell voltage reaches 2.10V or less. Once the cell voltage has reached 2.20V, e.g. by charging, it will allow the battery to discharge again. The over-discharge detection delay time is typically 31mS.

https://www.ultralifecorporation.com/default.asp?LINKNAME=LITRACK&Literature_ID=1090&nAction=GET