## CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Juris. | Date Filed | Case Name | Case Number |
|---|---|---|---|
| D.Del. | | Celebration IP LLC v. Ultralife Corporation | Being filed concurrently |
| D.Del. | | Celebration IP LLC v. Enersys Advanced Systems, Inc. | Being filed concurrently |
| D.Del. | 09/28/2021 | Celebration IP LLC v. Blackbird Management Group, LLC et al | 1:21-cv-01372 |
| D.Del. | 06/29/2020 | Celebration IP LLC v. Semiconductor Components Industries, LLC | 1:20-cv-00878 |
| D.Del | 04/23/2020 | Celebration IP LLC v. Albic U.S.A. Inc. | 1:20-cv-00554 |