# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CELEBRATION IP LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ULTRALIFE CORPORATION,**<br><br>    Defendant. | Civil Action No.: 1:22-cv-00248-MN |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Celebration IP LLC and Defendant, Ultralife Corporation, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to dismissal of all claims against Defendant Ultralife Corporation, with Prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: July 8, 2022 | Respectfully Submitted, |
| ASHBY & GEDDES | CHONG LAW FIRM PA |
| */s/ Andrew C. Mayo*<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com |
| OF COUNSEL:<br><br>Shawn G. Hansen<br>Nixon Peabody LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>(213) 629-6190<br><br>ATTORNEYS FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |

SO ORDERED this _____ day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE